## BURGESS *v.* BEEBE et al.

The owners of a steam towboat are responsible for any injury to another vessel, occasioned by the steamer's having a *tow* so much beyond her capacity as to disable her powers of locomotion.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge,* J. *Hiestand* and *Brewer,* for the plaintiff. *Moise* and *W. M. Randolph,* for the appellants. The judgment of the court was pronounced by

EUSTIS, C. J. The plaintiff sues to recover from the defendants the value of a flatboat and cargo of bricks, which were sunk in consequence of being run into by the steam towboat Claiborne, in the Mississippi, about twelve miles below New Orleans. There was judgment in favor of the plaintiff, and the defendants have appealed.

The district judge considered that the collision was caused by mismanagement on the part of those in charge of the steamer, which was occasioned by her having a *tow* which disabled her powers of locomotion. It is conclusively shown by the plaintiff's own witnesses that *the tow* was beyond the capacity of the steamer. This, certainly, is no excuse for her mismanagement. The judge has given his reasons at length, in which we concur.

*Judgment affirmed.*